NUMBER 13-00-455-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


DOCTOR'S REGIONAL HOSPITAL , Appellant,


v.


ZULEMA RUBIO , Appellees.

___________________________________________________________________


On appeal from the 319th District Court 

of Nueces County, Texas.

__________________________________________________________________


O P I N I O N


Before Justices Hinojosa, Yañez, and Castillo 

Opinion Per Curiam


Appellant, DOCTOR'S REGIONAL HOSPITAL , perfected an appeal from a judgment entered by the 319th District Court
of Nueces County, Texas, in cause number 99-6949-G . After the record and briefs had been filed, the parties filed a joint
motion to vacate and remand. The parties request that this Court vacate the judgment from which this appeal is taken,
without regard to its merits, and remand this cause to the trial court for further proceedings with each party to bear its own
costs of this appeal.

 The Court, having examined and fully considered the documents on file and the parties' joint motion, is of the opinion that
the motion should be granted. The joint motion is granted, and the judgment of the trial court is hereby VACATED and the
cause is REMANDED to the trial court for further proceedings in accordance with the parties' agreement. Costs of the
appeal are adjudged against the party incurring same. 

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 18th day of October, 2001 .